J. JEROME NATHAN, Respondent, *v.* CHARLES S. HIRSCH et al., Copartners, Doing Business under the Firm Name of HIRSCH, LILIENTHAL & Co., Appellants.

(Argued February 28, 1935; decided March 19, 1935.)

*Joseph Sussman* and *Edward T. McLaughlin* for appellants.

*Gordon S. P. Kleeberg, Morris Buchter, Sidney Abrams* and *Harold M. Hoffman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: FINCH, J.